JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ANN BENNETT,<br><br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:15-cv-06409-DTB<br><br>[~~PROPOSED~~] JUDGMENT |

Having ordered remand in accordance with the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

Judgment is entered in accordance with the Order Remanding Pursuant To Sentence Four Of 42 U.S.C. § 405(g).

DATE: March 18, 2016

_____
THE HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

-1-